1
2
3
4
5
6
7

NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11 | DEBORAH BECK FIDELMAN, an individual,

12

Plaintiff,

13 |      v.

14 | JPMORGAN CHASE BANK, N.A.; CALIBER HOME LOANS, INC.;

15 | QUALITY LOAN SERVICE CORPORATION; and DOES 1-10,

16 | inclusive,

17 |      Defendants.

| Case No. 2:17-cv-02320-ODW (JPRx) |

| ORDER ON STIPULATION TO STAY MATTER |

| Assigned To: Hon. Otis D. Wright, II |

18
19
20
21
22
23
24
25
26
27
28

**TroyGould
PC**

[PROPOSED] ORDER ON STIPULATION TO STAY MATTER

01425-0265  292562.1



Pursuant to the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that:

(1)     This matter, including the deadline for Defendant Caliber Home Loans, Inc., to answer the complaint, is **STAYED**, pending further order of the Court;

(2)     On or before **July 7, 2017**, the parties must **SHOW CAUSE**, in writing only, why the Court should not lift the stay.  Failure to timely do so may result in sanctions, including the dismissal of the action.


SO ORDERED.


Dated: <u>March 30</u>, 2017 _____

Honorable Otis D. Wright, II
United States District Court Judge

[PROPOSED] ORDER ON STIPULATION TO STAY MATTER

**TroyGould PC**

01425-0265  292562.1